UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRELL ROCHE #612820,

     Plaintiff,

                                 Case No. 1:25-cv-312

v.

                                 HONORABLE PAUL L. MALONEY

UNKNOWN MORRISON, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion to dismiss.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 21, 2026, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Leave to File a Sur-reply (ECF No. 29) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 23) is GRANTED for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  May 21, 2026                              /s/  Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge